# NO. 12-10-00233-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: MARLIN D. ALEXANDER ,* | § | |
| | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | | |
| | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator Marlin D. Alexander complains of the trial court's denial of his motion for judgment nunc pro tunc by which he sought to correct an alleged error in "flat-time calendar-time" credit.

The court of criminal appeals has exclusive jurisdiction to grant postconviction relief from an otherwise final felony conviction. *See **Bd. of Pardons & Paroles ex rel. Keene v. Eighth Court of Appeals***, 901 S.W.2d 481, 483 (Tex. Crim. App. 1995); *see also* Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2009). This includes matters relating to flat time credit. *See, e.g., **Ex parte Lee***, 223 S.W.3d 360, 360-61 (Tex. Crim. App. 2006).

In this case, Relator contends that he has been improperly denied credit for the time he was in the custody of the Bradshaw State Jail Facility, pending a detainer, from March 28, 2005 until he was released out on parole on July 12, 2006 (one year, eleven months, and six days). He filed a motion for judgment nunc pro tunc in the trial court, which was denied. He now seeks a writ of mandamus directing the trial court to grant him the proper credit.[1] However, we have no jurisdiction in this matter. The proper avenue for resolving the issue is by application for writ of habeas corpus as authorized by article 11.07. *See **Keene***, 901 S.W.2d at 483. Accordingly,

---

[1] A motion for judgment nunc pro tunc is filed when a defendant alleges an error in presentence jail time credit. *See **Ex parte Ybarra***, 149 S.W.3d 147, 148 (Tex. Crim. App. 2004). Relator's complaint does not relate to presentence jail time.

Relator's petition for writ of mandamus is *dismissed*.  All pending motions are overruled as moot.

Opinion delivered July 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)